**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| WANDA MORALES-KALINCZUC, | |
| Plaintiff, | CIVIL NO. 23-1241 (GLS) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**ORDER**

Plaintiff Wanda Morales-Kalinczuc filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied her application for disability insurance benefits. Docket No. 1.

On August 24, 2023, the Commissioner filed the transcript of the administrative record. Docket No. 10.  Plaintiff filed her Memorandum of Law on October 16, 2023. Docket No. 13. On November 8, 2023, the Commissioner requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 15.

The Commissioner's motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of November 2023.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge

1